**No. 62684.**—J. J. Boll et al. *v.* United States, protests 58/3297, etc. (New York).

Opinion by OLIVER, C. J.   The protests were dismissed.

**No. 62685.**—Rohner, Gehrig & Co., Inc. *v.* United States, protest 58/1001 (New York).

Opinion by OLIVER, C. J.   An examination of the official papers disclosing that the protest was filed 61 days after liquidation, the protest was dismissed as untimely under section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, JANUARY 20, 1959

**No. 62686.**—F. E. Macartney *v.* United States, protests 170254–K and 170255–K (Duluth).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as the toilet paper in rolls the subject of *Douglas Paper Co.* v. *United States* (30 Cust. Ct. 87, C.D. 1501), the claim of the plaintiff was sustained.

**No. 62687.**—Great Lakes Plastic Corp. *v.* United States, protests 58/13524, 58/17206, and 58/21500 (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *John J. Coates Co. et al.* v. *United States* (44 C.C.P.A. 97, C.A.D. 643), the claim of the plaintiff was sustained.